TH:IC/ED'A
F. #2024R00619

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

        - against -

CARL KELLY,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

**TO BE FILED UNDER SEAL**

COMPLAINT AND AFFIDAVIT
IN SUPPORT OF APPLICATION
FOR ARREST WARRANT

(18 U.S.C. § 371)

Case No. 24 MJ-635

EASTERN DISTRICT OF NEW YORK, SS:

    ZACCURY GUARAGNO, being duly sworn, deposes and states that he is a Special Agent with the Federal Bureau of Investigation, duly appointed according to law and acting as such.

    In and between about April 2024 and June 2024, within the Eastern District of New York and elsewhere, the defendant CARL KELLY together with others, did knowingly and intentionally conspire to: in violation of a statute or a rule or order issued under a statute, provide and attempt to provide prohibited objects to a prison inmate, contrary to Title 18, United States Code, Section 1791(a)(1), and being an inmate of a prison, makes, possesses, or obtains, or attempts to make or obtain, a prohibited object; contrary to Title 18, United States Code, Section 1791(a)(2).

    (Title 18, United States Code, Section 371)

The source of your deponent's information and the grounds for his/her belief are as follows:[1]

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been involved in the investigation of numerous cases involving contraband possession, assault and other crimes occurring in federal penal institutions. I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file, including the defendant's criminal history record; and from reports of other law enforcement officers involved in the investigation.

<u>The Metropolitan Detention Center</u>

2. The Metropolitan Detention Center (the "MDC") is an administrative security metropolitan detention center located in Brooklyn, New York. It primarily houses defendants detained prior to their trial on federal criminal charges filed in the United States District Court for the Eastern District of New York and the United States District Court for the Southern District of New York. Currently, approximately 1,200 defendants are incarcerated at the MDC.

3. Defendants at the MDC are not permitted to possess contraband inside the MDC. According 28 C.F.R. 500.1(h), the term "contraband," as used within the Bureau of Prisons' ("BOP"), is defined as "material prohibited by law, or by regulation, or material which can reasonably be expected to cause physical injury or adversely affect the security, safety, or good order of the facility or protection of the public," which includes narcotics, cellphones, cigarettes, and alcohol, among other prohibited items.

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

4. When inmates arrive at the MDC they are provided with an "Inmate Admission & Orientation Handbook," which, among other things, lists prohibited acts within the facility and the available sanctions for violations. The most serious prohibited acts are deemed the "greatest severity level prohibited acts." One such act is the "possession, manufacture, introduction, or loss of a hazardous tool." Such "hazardous tools" include items that are "hazardous to institutional security or personal safety; e.g., . . . portable telephone, pager, or other electronic device." Other violations of this same severity include (1) killing; (2) escape from escort; (3) possession of a firearm; (4) rioting; (5) taking hostages and (6) sexual assault.[2]

5. I am aware, based on my participation in this and other investigations, as well as conversations with other law enforcement agents, that narcotics and contraband cellphones are frequently smuggled into the MDC, and that inmates purchase them inside of the jail often at prices many times greater than the cost of a comparable product purchased outside of a BOP facility.

CONTRABAND SMUGGLING CONSPIRACY

6. On June 25, 2024, a Samsung Android 14, associated with phone numbers 929-549-0085 and 929-276-7430 was seized from an inmate cell on housing unit on the fourth floor within the MDC (the "Contraband Phone"). Upon review, the Contraband Phone contained, among other things, images of CARL KELLY, including headshots and full body images. As depicted in Figures 1, 1(a) and 2, KELLY's distinctive cursive tattoo on the right side of KELLY's neck is visible, consistent with a photograph of KELLY obtained from law enforcement databases, as depicted in Figure 3.

---

[2] These prohibited acts are also codified in Table 1 of 28 C.F.R. 541.3.

  

*[Figures 1, 1(a)(a close up of Figure 1) and 2 – Photographs from Contraband Phone]*



*[Figure 3 – Photograph of CARL KELLY from Law Enforcement Database]*

7. Further investigation revealed that the Contraband Phone had communicated with a phone number associated with KELLY[3] in April and May of 2024, including through over thirty phone calls and over twenty-five SMS text messages. Between April and June 2024, KELLY was not a registered inmate at the MDC.

8. On June 30, 2024, at or around 1:51 p.m., MDC employees observed KELLY and another unidentified individual drive to the front entrance of the MDC in a black

---

[3] KELLY provided his phone number to New York City Police Department ("NYPD") officers in connection with a reported domestic incident on April 13, 2024.

Honda Accord. KELLY exited the vehicle from the passenger side door and approached the main front entrance into the West building of the MDC.



*[Figure 4 – June 30, 2024 Photograph of Outside of the West Building Front Entrance at the MDC ]*

9.  KELLY held an orange tote bag and stood outside the entrance looking in the direction above the doors leading to the main entrance, as depicted in Figure 4. KELLY wore the same black sneakers with grey soles and a horizontal grey stripe as he did in the photograph recovered from the Contraband Phone, depicted in Figure 1, with which he was in contact through phone calls and text messages in April 2024 and May 2024.




*[Figure 4(a) (close up of Figure 4) and Figure 5 – June 30, 2024 Photographs Taken Outside of the MDC]*



*[Figure 1 – Photograph from Contraband Phone]*

In addition, KELLY also wore the same shoes described above on May 16, 2024, when NYPD officers responded to a domestic incident reported by KELLY at his residence. Law enforcement agents familiar with KELLY's appearance confirmed that KELLY was the individual pictured in Figures 4 and 5.

10. KELLY then left the area near the main front entrance, walked to a black Honda Accord that was in the MDC parking lot and entered that car. Approximately ten minutes later, at or around 2:03 p.m., KELLY again approached the main front entrance holding the same orange tote bag. KELLY was observed manipulating a grey object within the orange tote bag, and removed the grey object, which appeared to be a long grey rope, from the orange tote bag. KELLY threw the grey rope up towards the recreation deck directly above the MDC main front entrance and the grey rope attached to an object protruding from the recreation deck. KELLY was then approached by a MDC staff member and fled by getting in to the black Honda Accord.

11. The grey rope was recovered hanging from the fourth floor recreation deck and determined to be materials packed within duct tape, shaped in a rope-like manner. Within the duct tape packaging, the grey rope contained, among other things, 113 strips of Suboxone, a scalpel, marijuana, a cell phone charging cord and plug, lighters and approximately 500 cigarettes, as depicted in Figures 6 and 7.



*[Figure 6 – Photograph of grey rope outside of the MDC recovered on June 30, 2024]*



*[Figure 7 – Photograph of grey rope and contents recovered on June 30, 2024]*

WHEREFORE, your deponent respectfully requests that the defendant CARL KELLY, be dealt with according to law.

I further request that the Court issue an order sealing, until further order of the Court, all papers submitted in support of this application, including the affidavit and arrest warrant. Based upon my training and experience, premature disclosure of the contents of this affidavit and related documents will seriously jeopardize the investigation, including by giving the defendant an opportunity to flee from prosecution, destroy or tamper with evidence and change patterns of behavior.

_____
ZACCURY GUARAGNO
Special Agent, Federal Bureau of Investigation

Sworn to before me by telephone
this 25th day of November, 2024

_____
THE HONORABLE JAMES R. CHO
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK